STATE OF CONNECTICUT *v.* GEOFFREY KYLES

The defendant's motion in the appeal from the Superior Court in New Haven County for a review by this court of the order by the trial court setting the amount of his appeal bond is granted and the relief sought therein is denied.

*Thomas F. Brown,* in support of the motion.

Submitted September 19—decided October 2, 1974

BARNICK'S TRACTOR RENTAL, INC. *v.* NEW HAVEN BOARD OF ZONING APPEALS (No. 91584)

BARNICK'S TRACTOR RENTAL, INC. *v.* NEW HAVEN BOARD OF ZONING APPEALS (No. 91620)

The plaintiff's petitions for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*William F. Geenty* and *Wilbur W. Dinegar,* in support of the petitions.

*Joseph E. Bove,* in opposition.

Submitted September 23—decided October 2, 1974